# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

OCT 19 2023

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Arial McArdle**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Sheriff of Allen County**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:23CV444**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Sheriff of Allen County | 417 S Calhoun St, Fort Wayne, 46802 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **1**
2. What is the name and address of your prison or jail? **417 S Calhoun St, Fort Wayne, IN, 46802, Allen County Jail.**
3. Did the event you are suing about happen there? **☒ Yes** ☐ No, it happened at: _____
4. On what date did this event occur? **09/10/2023**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Do to overcrowding, we had 3 people in a two bed cell, which caused a lot of tension. On September 10th, 2023, one of the cell mates had a mental break down. An Officer advised her to stop bullying. She then went on to threaten the officer that she was going to kill her. That inmate was then locked down in the cell by herself. She was locked down for about 3 1/2 to 4 hours. While she was locked down she destroyed all of our belongings. She poured mouthwash on our beds, dumped our hygne in the toilet. She all smooshed food on the window of the door. She dumped laundry soap all over the floor, and ripped up some of our letters. Once it was time to lock down after lunch, from 12pm - 2pm, we were forced to go back in the room with her. It was instant insanity. She threw items at us, yelled at us, and

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                 page 3

## Claims and Facts (continued)

threatend to kill us. It wasn't until I yelled for the officer that she was hurting herself, that they finally took her out. We were left with a mess to clean up and most of our belongings were destroyed.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                             page 4

5. When did this event happen?
   - ○ Before I was confined.
   - ⊗ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⊗ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ⊗ Yes, this event was grievable, but I did not file a grievance because I was not aware of how to file a grievance.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Decrease inmate compasity. They need more safey protocols. More help for mental Health inmates. Compensation in the amount of 25,000.

[Initial Each Statement]
- AM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- AM  I will keep a copy of this complaint for my records.
- AM  I will promptly notify the court of any change of address.
- AM  I WILL NOT send more than one copy of any filing to the court.
- AM  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- AM  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10 / 16 /20 23 at 6:05 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                                _616683_____
Signature                                                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]