UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ARIAL McARDLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN COUNTY SHERIFF OF,<br><br>    Defendant. | Cause No. 1:23-CV-444-PPS-JEM |

## ORDER

Arial McArdle, a prisoner without a lawyer, was ordered to show cause why this case should not be dismissed as abandoned because mail sent to her last known address was returned undeliverable. [DE 6.] The Court acknowledged if she was not at the address on the docket, that order was unlikely to reach her. However, it was possible she would attempt to determine the status of this case by visiting the clerk's office (if she had been released from custody) or by checking the online docket, in which case this order would alert her that she needed to take action before the harsh sanction of dismissal was imposed. In addition, if the order was returned to the clerk as undeliverable, that would serve as further confirmation she did not provide her current address. Thus, the court believed the show cause order was appropriate notwithstanding the likelihood that it would not reach her. As it turned out, it did not reach her and was returned undeliverable. [DE 7.]

"The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit."

*Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change of address . . .." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation mark omitted).

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on February 26, 2024.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT