# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ARIAL MCARDLE

       Plaintiff

  v.

                                                            Civil Action No.  1:23-cv-444

ALLEN COUNTY SHERIFF OF

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P Simon.

DATE: 2/27/2024                            CHANDA J. BERTA, CLERK OF COURT

                                                       by   s/A. Highlen_____
                                                       *Signature of Clerk or Deputy Clerk*